UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.M., ET AL.,

              Plaintiffs,         25-cv-2535 (JGK)

    - against -                ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,

              Defendant.

---

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was **April 18, 2025**. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **July 7, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **July 11, 2025**.

SO ORDERED.

Dated:    New York, New York
           June 25, 2025

                                        John G. Koeltl
                                  United States District Judge