UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
S.M., et al,

                     Plaintiff(s)

        -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
                     Defendant(s).
-----------------------------------------------------------X

25 civ 2535 (JGK)

## ORDER

The conference scheduled for Tuesday, July 29, 2025, at 3:30pm is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 22, 2025